```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
JESSICA KARIM,                                             :
                                                           :
                              Plaintiff,                   :
                                                           :           24-CV-6664 (VSB)
               -against-                                   :
                                                           :                ORDER
STOCKX, LLC,                                               :
                                                           :
                              Defendant.                   :
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff filed this action on September 3, 2024, (Doc. 1), and filed an affidavit of service on October 25, 2024, (Doc. 6). The deadline for Defendant to respond to Plaintiff's complaint was November 14, 2024. To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, Plaintiff is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than December 17, 2024. If Plaintiff fail to do so or otherwise demonstrate intent to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    December 3, 2024
              New York, New York

                                                                              VERNON S. BRODERICK
                                                                            United States District Judge